```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 32431
   AKMED B BEY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-9348


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 11/26/2008 and was not confirmed.

      The case was dismissed without confirmation 02/18/2009.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------------

US BANK NATIONAL          CURRENT MORTG        .00           .00           .00
US BANK NATIONAL          MORTGAGE ARRE   80000.00           .00           .00
US BANK NATIONAL ASSOC    CURRENT MORTG        .00           .00           .00
US BANK NATIONAL ASSOC    MORTGAGE ARRE     243.64           .00           .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00           .00
TRINITY HOSPITAL          UNSECURED       NOT FILED          .00           .00
UNIVERSAL RADIOLOGY       UNSECURED       NOT FILED          .00           .00
EVERGREEN MEDICAL         UNSECURED       NOT FILED          .00           .00
EVERGREEN MEDICAL         UNSECURED       NOT FILED          .00           .00
RADIOLOGY IMAGING CONSUL  UNSECURED       NOT FILED          .00           .00
NICOR GAS                 UNSECURED       NOT FILED          .00           .00
MEIJER                    UNSECURED       NOT FILED          .00           .00
MEIJER                    UNSECURED       NOT FILED          .00           .00
SOUTH SHORE EMERG PHYSIC  UNSECURED       NOT FILED          .00           .00
SOUTH SHORE EMERG PHYSIC  UNSECURED       NOT FILED          .00           .00
US BANK NATIONAL          MORTGAGE NOTI   NOT FILED          .00           .00
US BANK NATIONAL          MORTGAGE NOTI   NOT FILED          .00           .00
BENNIE W FERNANDEZ        DEBTOR ATTY       1,373.00                       .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00


         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                             .00

PRIORITY                                                      .00
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                                .00
TRUSTEE COMPENSATION                                          .00
DEBTOR REFUND                                                 .00
                              --------------          --------------
TOTALS                              .00                       .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 32431 AKMED B BEY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 08 B 32431 AKMED B BEY